## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

BYRON PAUL DUCHI ANDRADE,

             Petitioner,

             v.

WARDEN, et al.,

             Respondents.

Civil Action No. 26-9836 (MAS)

**ORDER**

This matter comes before the Court on Petitioner's habeas petition challenging his ongoing immigration detention. (ECF No. 1.) As Petitioner has paid the applicable filing fee and as this Court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and determined that the dismissal of the petition prior to the filing of an answer is not warranted in this matter, the Government shall be directed to file an answer to the petition.

**IT IS THEREFORE** on this 5th day of August, 2026, **ORDERED** that:

1. Respondents Wilson, Venturella, and Mullin are dismissed without prejudice from this matter as the proper respondent in a petition brought under 28 U.S.C. § 2241 is the warden of the facility where the detainee is currently being held, in this case Respondent the Warden of the Delaney Hall Detention Facility, *see Padilla*, 542 U.S. at 436; *Yi v. Maugans*, 24 F.3d 500, 507 (3d Cir. 1994);

2. The Clerk of the Court shall serve copies of the Petition (ECF No. 1), and this Order, upon Respondent the Warden of the Delaney Hall Detention Facility by regular mail, with all costs of service advanced by the United States;

3. The Clerk of the Court shall forward a copy of the Petition, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov;

4. Within 14 days after the date of entry of this Order, Respondent shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph;

5. The answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243;

6. Respondent shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority;

7. Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims;

8. All exhibits to the Answer must be identified by a descriptive name in the electronic filing entry;

9. Petitioner may file and serve a reply in support of the Petition within 7 days after the answer is filed;

10. Within 7 days after any change in Petitioner's custody or immigration status, be it release, a final order of removal, or otherwise, Respondent shall electronically file a written notice of the same with the Clerk of the Court;

11. The Court's Order enjoining Petitioner's transfer (ECF No. 2) shall remain in place pending a final decision in this matter; and

12. The Clerk of the Court shall serve a copy of this Order upon Petitioner electronically.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

3